

# Fourth Court of Appeals
## San Antonio, Texas

January 23, 2018

No. 04-16-00298-CV

**EL CABALLERO RANCH, INC.** and Laredo Marine, L.L.C.,
Appellants

v.

**GRACE RIVER RANCH, L.L.C.,**
Appellees

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 13-04-00108-CVL
Honorable Russell Wilson, Judge Presiding

# O R D E R

On January 9, 2018, Appellant El Caballero Ranch, Inc. filed a notice stating that its Chapter 11 bankruptcy proceeding has concluded and requesting the appeal be reinstated on the active docket of the court. No objection or response has been filed.

We therefore order this appeal reinstated on the active docket of the court. We order appellee's brief due February 22, 2018.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of January, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court